# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA VASIUNKINA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATIONS SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-09116-AH (MARx)<br><br>**FINAL JUDGMENT** |

　　　For the reasons stated in the separate order of dismissal entered on February 13, 2025, this action is dismissed without prejudice.

　　　This is a final judgment.

Dated: February 18, 2024　　　　_____
　　　　　　　　　　　　　　　　HON. ANNE HWANG
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE